**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ECOMMERCE MARKETERS ALLIANCE, INC. DBA ECOMMERCE INNOVATION ALLIANCE; FLUX FOOTWEAR, LLC; and STODGE, INC. DBA POSTSCRIPT,** | § § § § § § | |
| *Plaintiffs*, | § § | **CIVIL ACTION NO. 1:25-cv-1401-RP** |
| **vs.** | § § | |
| **STATE OF TEXAS; KEN PAXTON, in his official capacity as Attorney General of Texas; and JANE NELSON, in her official capacity as Texas Secretary of State,** | § § § § § § | |
| *Defendants.* | § § | |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Plaintiffs Ecommerce Marketers Alliance, Inc., Flux Footwear, LLC, and Stodge Inc. ("Plaintiffs") and Defendants Ken Paxton and Jane Nelson ("Defendants") (collectively, "the Parties"), by and through their respective counsel, file this Joint Motion to Set Briefing Schedule ("Joint Motion") and show as follows:

1.      Plaintiffs filed their Complaint for Declaratory and Injunctive Relief on September 1, 2025, and their Motion for Preliminary Injunction on September 5, 2025.

2.      The Parties have conferred regarding the schedule for briefing on Plaintiffs' Motion for Preliminary Injunction and jointly propose that Defendants' response be due on or before September 26, 2025, and that any reply in support of the motion be due on or before October 10, 2025.

3.      Defendants intend to file a motion to dismiss on or before September 26, 2025. The Parties have conferred regarding the schedule for briefing on Defendants' Motion to Dismiss and

jointly propose that Plaintiffs' response be due on or before October 10, 2025, and that any reply in support of the motion be due on or before October 17, 2025.

       4.    The Parties request that the Court hold a hearing regarding Plaintiffs' Motion for Preliminary Injunction.  The Parties propose the following date ranges for such a hearing: October 20-21; October 28-31; November 3-4; November 10; November 12-14.

DATED: September 19, 2025                Respectfully submitted,

MCGUIREWOODS LLP

By: */s/ Thomas M. Farrell*
Thomas M. Farrell
Texas Bar No. 06839250
tfarrell@mcguirewoods.com
845 Texas Ave., Suite 2400
Houston, TX 77002
(713) 353-6677 / (832) 214-9933 (Fax)

Matthew A. Fitzgerald
mfitzgerald@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916
(804) 775-4716 / (804) 698-2251 (Fax)
*Admitted pro hac vice*

Hannah K. Caison
hcaison@mcguirewoods.com
Fifth Third Center
201 N. Tryon St.
Suite 3000
Charlotte, NC 28202
(704) 343-2000 / (704)343-2300 (Fax)
*Admitted pro hac vice*

*ATTORNEYS FOR PLAINTIFFS*

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General | **RYAN G. KERCHER**<br>Chief, Special Litigation |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **DAVID BRYANT**<br>Senior Special Counsel<br>Texas Bar No. 03281500 |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | _/s/ Munera Al-Fuhaid_<br>**MUNERA AL-FUHAID**<br>ATTORNEY IN CHARGE |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | Special Counsel<br>Texas Bar No. 24094501 |
| | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>david.bryant@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov |
| | **COUNSEL FOR STATE DEFENDANTS** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was served email on the following counsel on this 19th day of September, 2025:

Munera Al-Fuhaid
munera.al-fuhaid@oag.texas.gov
David Bryant
david.bryant@oag.texas.gov
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

By: */s/ Thomas M. Farrell*
Thomas M. Farrell