**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ECOMMERCE MARKETERS ALLIANCE, INC. DBA ECOMMERCE INNOVATION ALLIANCE; FLUX FOOTWEAR, LLC; and STODGE, INC. DBA POSTSCRIPT,** | § § § § § § | |
| *Plaintiffs*, | § § | **CIVIL ACTION NO. 1:25-cv-1401-RP** |
| vs. | § § § | |
| **STATE OF TEXAS; KEN PAXTON, in his official capacity as Attorney General of Texas; and JANE NELSON, in her official capacity as Texas Secretary of State,** | § § § § § § | |
| *Defendants.* | § | |

**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Ecommerce Marketers Alliance, Inc. d/b/a Ecommerce Innovation Alliance ("EIA"), Flux Footwear, LLC, ("Flux"), and Stodge Inc. d/b/a Postscript ("Postscript") and Defendants Ken Paxton and Jane Nelson jointly move to dismiss this action without prejudice and respectfully state as follows:

1.    Plaintiffs filed their Complaint for Declaratory and Injunctive Relief on September 1, 2025, and their Motion for Preliminary Injunction on September 5, 2025.

2.    Plaintiffs and EIA's members all operate consent-based text message marketing programs, meaning they send marketing text messages only to consumers who have opted-in to receiving such messages.

3.    Plaintiffs argued that, to the extent SB 140 extended Chapter 302's telephone registration and reporting requirements to businesses like Plaintiffs who operate consent-based

text message marketing programs, SB 140 was an unconstitutional restriction on such businesses' protected commercial speech.

4.      On September 26, Defendants filed their response in opposition to Plaintiffs' motion for preliminary injunction.  Defendants explained that the Office of the Attorney General of Texas does not understand SB 140 as extending Chapter 302's requirements to businesses which operate consent-based marketing programs and, instead, interprets Section 302's definition of "call" to mean a "telephone call" as that term is defined by Section 304 of the Texas Business & Commerce Code.

5.      Specifically, Defendants argued that a "call," as that term is used in Chapter 302, incorporates Chapter 304's exemption for a "transmission made to a mobile telephone number as part of an ad-based telephone service, in connection with which the telephone service customer has agreed with the service provider to receive the transmission."  Tex. Bus. & Com. Code § 304.002(10).  In Defendants' view, this interpretation of Chapter 302 is mandated by the ordinary meaning of the word "call," by context of the overall statutory scheme, and to avoid rendering any portion of SB 140 meaningless.

6.      As interpreted by Defendants in their response to Plaintiffs' motion for preliminary injunction, Plaintiffs, including EIA members, and similar businesses are not subject to Chapter 302 and are not required to comply with its registration and disclosure requirements.  Instead, businesses which operate consent-based text message marketing campaigns are specifically exempted from Chapter 302.

7.      Based on Defendants' understanding of SB 140 as it applies to businesses like Plaintiffs, the parties have reached an agreement that includes stipulating to dismiss this matter without prejudice.

8.      Based on the preceding, and pursuant to Federal Rule of Civil Procedure 41(a)(2),

the parties jointly request that the Court enter the attached proposed order, dismissing the case

without prejudice.

DATED: November 6, 2025                              Respectfully submitted,


                                                    MCGUIREWOODS LLP

                                                    By: */s/ Thomas M. Farrell*
                                                    Thomas M. Farrell
                                                    Texas Bar No. 06839250
                                                    tfarrell@mcguirewoods.com
                                                    845 Texas Ave., Suite 2400
                                                    Houston, TX 77002
                                                    (713) 353-6677 / (832) 214-9933 (Fax)

                                                    Matthew A. Fitzgerald
                                                    mfitzgerald@mcguirewoods.com
                                                    Gateway Plaza
                                                    800 East Canal Street
                                                    Richmond, VA  23219-3916
                                                    (804) 775-4716 / (804) 698-2251 (Fax)
                                                    *Admitted pro hac vice*

                                                    Hannah K. Caison
                                                    hcaison@mcguirewoods.com
                                                    Fifth Third Center
                                                    201 N. Tryon St.
                                                    Suite 3000
                                                    Charlotte, NC 28202
                                                    (704) 343-2000 / (704)343-2300 (Fax)
                                                    *Admitted pro hac vice*

                                                    *ATTORNEYS FOR PLAINTIFFS*

3

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General | **RYAN G. KERCHER**<br>Chief, Special Litigation |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **DAVID BRYANT**<br>Senior Special Counsel<br>Texas Bar No. 03281500 |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | /s/ *Munera Al-Fuhaid*<br>**MUNERA AL-FUHAID** |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | ATTORNEY IN CHARGE<br>Special Counsel<br>Texas Bar No. 24094501 |

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically via CM/ECF on November 6, 2025, and that all counsel of record were served by CM/ECF.

Munera Al-Fuhaid
munera.al-fuhaid@oag.texas.gov
David Bryant
david.bryant@oag.texas.gov
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

By: /s/ *Thomas M. Farrell*
Thomas M. Farrell